**Paula JONES, Appellant,**

v.

**HAWKINSON VAN LINES, Respondent.**

No. 64043.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 26, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 24, 1993.

Application to Transfer Denied
Jan. 25, 1994.

Gary J. Sanguinet, St. Louis, for appellant.

Dean L. Christianson, Evans & Dixon, St. Louis, for respondent Hawkinson Van Lines.

Jeremiah W. (Jay) Nixon, Atty. Gen., Maria W. Campbell, Asst. Atty. Gen., Jefferson City, Stephen M. Prosperi, Asst. Atty. Gen., St. Louis, for respondent Mo. State Treasurer, Custodian of Second Injury Fund.

Before GARY M. GAERTNER, C.J., and PUDLOWSKI and SIMON, JJ.

ORDER ·

PER CURIAM.

Appellant, Paula M. Jones, appeals from a judgment rendered by the Labor and Industrial Relations Commission affirming the award of the Administrative Law Judge. We have reviewed the briefs of the parties, as well as the transcript and the legal file, and find no clear error in the findings of fact and conclusions of law of the trial court. In addition, we find no jurisprudential purpose would be served by a written opinion. We, therefore, affirm the judgment of the trial

court pursuant to Rule 84.16(b). The parties have been provided with a memorandum, solely for their own information, setting forth the reasons for our decision.